FILED: November 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1275
(3:13-cv-00173-GMG)
_____

ROBERT B. YOE; PAUL MICHAEL YOE; GLENDA STUART; JEANNINE SHOUP; JOY MAYNARD; JEFFREY S. YOE; JAMES D. YOE

    Plaintiffs - Appellants

v.

BRANCH BANKING AND TRUST COMPANY, a North Carolina corporation

    Defendant - Appellee

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                       /s/ PATRICIA S. CONNOR, CLERK